IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02559–EWN–CBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,

v.

MICHAEL WESTPHALE,
THOMAS CLINTON, and
BILL S. McKENZIE, JR.,

    Defendants.

---

**ORDER**

---

    This matter comes before the court on Plaintiff's Motion to Discharge Stakeholder (Document 12, filed January 17, 2006). Having reviewed the motion and being otherwise fully advised in the premises, it is

    **ORDERED** that Plaintiff's motion is GRANTED. This court authorizes discharge of Plaintiff in this action and orders that Plaintiff no longer be involved in this matter.

Dated this 26th day of January, 2006.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          United States District Judge