IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-02559-EWN-CBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,

vs.

MICHAEL WESTPHALE,
THOMAS CLINTON,
and BILL S. McKENZIE, JR.,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court on the parties' *Stipulation of Dismissal with Prejudice*, and being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice, each party to pay his own costs and attorney's fees.

DATED: February 16, 2006        BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge